[No. 6605-1. Division One. May 7, 1979.]

RESTAURANT EMPLOYEES, BARTENDERS & HOTEL SERVICE EMPLOYEES WELFARE FUND, ET AL, *Respondents*, v. WILLIAM B. ROUSH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 826187, Edward E. Henry, J. Pro Tem.,

entered May 1, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Dore, JJ.